IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cline, Danny

Printed: 9/3/08

Case Number: 07 B 18150
Judge: Wedoff, Eugene R
Filed: 10/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 17, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 756.80 |
| Trustee Fee: |  | 43.20 |
| Other Funds: |  | 0.00 |
| Totals: | 800.00 | 800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 756.80 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 96.28 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 69.70 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 41.73 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 7. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 8. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 9. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 10. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Harris & Harris | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
| 14. | New Millennium Bank | Unsecured |  | No Claim Filed |
| 15. | River Auto Group Ltd | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,524.71 | $ 756.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.20 |
|  | _____ |
|  | $ 43.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cline, Danny | Case Number:  07 B 18150 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  10/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

